# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| LEONARD REEL, | : No. 12 EM 2015 |
| Petitioner | : |
| v. | : |
| COURT OF COMMON PLEAS PHILADELPHIA COUNTY, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of March, 2015, the Application for Leave to File Original is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.